Before your honors, it is my great privilege to be here with the petitioners. First, I'd like to serve one minute of my time. I'd like to thank you for the introduction. Thank you. Thank you, your honor. Please be seated. The petitioners are members of the United Auburn Community College who have been banned from attending all privately sponsored events and entering all tribal properties. The petitioners are here today to ask this court to confirm one simple proposition. That their banishment, so that's my impression, need not be permanent in order for the community to support this release. It's going to be a banishment of whatever term. In other words, if there were a banishment for two years, you'd think that would be sufficient restraint or liberty in order to give this jurisdiction an immediate sanction that we are considering. I think what the court would do is look to the other cases under these instructions. And I'm afraid I can't support them. Of course, as far as the contention portion of the paper, it should be stated that this is a constitutional portion of the project, and there is some significant evidence ensuring that this should not be implemented in this case. Since we need to grant the federal court's immediate jurisdiction over individuals who are sentenced within the courts to trial for terrorism and for violations of tribal law, we would have to give this jurisdiction a name. We're going to look at it as a court system. So, essentially, you're trying to convince us that we have an immediate jurisdiction. Basically, as a second circuit case, we're banishments, we're blockings. And the question I'm really wrestling with here is, are we going to block this banishment or is the banishment sufficiently severe that it amounts to the equivalent of what we would call detention for habeas corpus? The answer to that, Your Honor, is as far as I understand it. Right now, it is comparable to detention. It is comparable to historic deprivation. So, it is a similar kind of presumption to disagree with Your Honor regarding the status of the victim. There is not any equivalence in that clause. So, we do not perceive it as a presumption. But if you read the Supreme Court's key decision on this in the Supreme Court, it is that habeas exclusive jurisdiction had criminal receipts and criminal sentences in case the Supreme Court is concerned about criminal proceedings, and then tried to balance it against federal state protections. The idea around that is all of the discussion is within the Supreme Court. Your Honor, I'm not sure how you get around. I don't think Supreme Court is the person to directly remember that there is not a clause in the Habeas exclusive case which is due to declaratory and judicial review. And so, we do look at the basic statute, and that's where we always begin with statutory interpretation. Section 13 of the Habeas exclusive, states that it is a violation of the Habeas exclusive. It doesn't say criminal detention or criminal prosecution. It's the law of the land. That's what you're talking about. That's what you're talking about. In addition to the criminal proceedings, what that's required is, is there to be a management position with the judge that it would be unconstitutional that a punishment for a violation of the Habeas exclusive. It concerns the judge and the person that we're appealing to, which is from all types of lands, and from lands outside of our jurisdiction, and somehow, human achievement, from the tribes outside of the range area to the individuals that live outside of the range area, and very little to serve as a management position. Well, why? Because they're banned from all tribal dance or ceremonies. So, if it's a tribe, and you make a public park for us, our clients would be banned from going to a public park. I mean, for any other area, because we're a jurisdiction, so I'd make sure you're clear. They can do that. They can do that. You know, a public park is a gathering place. So, if you're a Habeas pro, for example, you say that you have a Habeas pro, they aren't permitted to mow your lawn or whatever. They can never go to a chance meeting, and their voice has not been heard. They can do it by themselves. They can't go to a chance meeting because their voice has not been heard. It's just that the justice system has pushed this issue to the remote and middle-earners, and it happens to be one of them. If they still believe this, you know, all of them, it would be a great sense of democratization, and making sure that it's not a mental disorder. Well, it's a gendered scenario, which is not an issue here in your honor. It's a pretty much a scheme, where they don't even come from receiving a portion of the tribal casino revenue, which I understand is a big issue here in Oklahoma. These sites are not the same when it comes to restraints on liberty. If you're a Habeas pro, you're a non-member of the tribe, and therefore you're not entitled to casino revenues. You're not entitled to other kinds of things. You're not entitled to individuals that may be needed, just like these other non-members of the tribe because of the needed jurisdictions that you have to change, because you're trying to develop a culture. Because you're afraid of the poor people and the coveted position, because all our members of the tribe are subject to this. All our members. So, therefore, some of the restraints on liberty in your honor, because they are now non-members, and being members, you're afraid of the potential that here we have undisputed, as you suggested, they were being disciplined. And it's absolutely undisputed But what's also being argued is this remarks also in respect to sovereignty of the Indian people. Because in here, in terms of sovereignty, it's the one transpired in what constitutes in the current documents in the context of the tribes and facilities. You don't have to make a determination that this person is engaged in harmful behavior to watch the 74th section and to actually familiarize you with the first section. Because Congress also to mention that there are fundamental protections from the civil rights that tribal persons are entitled to the right to free speech, the right to due process, both of those rights are advised in here. The code of the Constitution to protect Congress is requiring you to particularly you can fully guarantee what it provides you. And I agree with you that the whole system has a certain key and we don't get into that unless there's jurisdiction. There's no bad jurisdiction. And that should be quite clear. What is it? What are we doing? Should I be subject? My argument is it's a matter of years to be subject. How many months to be subject? My argument is it's a matter of years to be subject. I'm sure, rather, all the forces that we're addressing through the law all around the state will be fine if we see this repeat. And this applies all the time in other cases. And so, I'm sorry, but it's not just on the state side. But it interferes with charges and it's a very important issue in the federal and the secondary federal cases. And it's a very significant issue in the state cases. All of the most urgent cases where we have cases of race and gender and racial and ethnic discrimination all of those cases where we have a mere five cases versus six or versus 10. A summary of this is, I suspect, an item with a Congress or a Senate that I already discouraged the investigation of the racist and sexual invasion of the state and its information is a hardwired request to a severe restraint on this. But it is the answers to our question. It's a sensitive issue that I'm going to consider, but we need to make  that we do   to do our best to make sure that we are able to do our best to make sure that we are able to do  best   sure       make sure that we are able to do things right, pecially in this critical time that we are in. We have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health  district, we have a history of disparaging kids in our  There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of   care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the        a history  disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There    of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health  district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools.    jurisdiction  the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health         schools.   the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction  the health care district,    disparaging kids in  schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There     the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in  schools. There within the   the    we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history  disparaging   schools. There within     health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district,  a history of  kids in  schools.  within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the   district, we have a history of  kids in   There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the  of the  care district,  a history of  kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction   health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools.   the  of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the   district, we have a history   kids in  schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of          our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools.       health    a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in           district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have  of disparaging kids in our    the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health  district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health      disparaging kids in  schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the          disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our       the  care  we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history            health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of   our     jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the  care district, we have   disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district,  a history of  kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our            a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of disparaging kids in our schools. There within the jurisdiction of the health care district, a history of disparaging kids in our schools. There within the jurisdiction of the health care district, we have a history of          the health care district, a history of disparaging kids in our schools. There within the jurisdiction of the health care district,  of  kids in our schools.     of the health care district, a history of disparaging kids in our schools. There within the jurisdiction of the health     of       the jurisdiction of the health care district, a history of disparaging kids in our schools. There within the jurisdiction of the health care district, a history of disparaging kids in    within the jurisdiction of the health care district, a history of disparaging kids in our schools. There within the jurisdiction            There within the jurisdiction of the health care district, a history of disparaging kids in our schools. There within the jurisdiction of the  care   of   our schools. There within the jurisdiction of the health care district, a history of disparaging kids in our schools. There     the       kids in our schools. There within the jurisdiction of the health care district, a history of disparaging kids in our            of disparaging kids in our schools. There within the jurisdiction of the health care district, a history of disparaging kids in
judges: McKeown, Wardlaw, Tallman